United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE MENDENHALL and JOHN MENDENHALL, III,<br><br>    Plaintiffs,<br><br>  v.<br><br>JP MORGAN CHASE BANK, et al.,<br><br>    Defendants.<br>_____/ | No. 10-5302 MMC<br><br>**ORDER DIRECTING COUNSEL TO REGISTER AS ECF USER** |

A review of the file indicates that the following attorney is not registered for electronic service in this e-filing case:

>Tyler Elliot Hollingsworth
>Attorney At Law
>605 Market Street
>Suite 1200
>San Francisco CA  94105

Section IV(A) of General Order 45 provides that "[e]ach attorney of record is obligated to become an ECF User and be assigned a user ID and password for access to the system upon notification that the action is subject to ECF."  Accordingly, the above-referenced attorney is hereby DIRECTED to register, no later than December 23, 2010, as an ECF User and obtain an ECF User ID and password.

Forms and instructions concerning registration can be found on the district court's

web site at ecf.cand.uscourts.gov.[1]

**IT IS SO ORDERED.**

Dated:  December 9, 2010

MAXINE M. CHESNEY  
United States District Judge

---

[1] In an e-filing case, the Clerk of the Court does not serve counsel by mail with orders e-filed by the Court. <u>See</u> General Order 45(IX)(D).  Although the Court, as a courtesy, will direct the Clerk to serve counsel by mail with the instant order, no further orders will be served by mail.