IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELAINE MENDENHALL and JOHN MENDENHALL, III,

        Plaintiffs,

  v.

JP MORGAN CHASE BANK, et al.,

        Defendants.

No. C-10-5302 MMC

**ORDER DISCHARGING ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE REMANDED**

Before the Court is defendant WCS Lending, LLC's ("WCS") Response, filed December 21, 2010, to the Court's December 7, 2010 order directing WCS to show cause why the instant matter should not be remanded for the reason that WCS had not shown, in its notice of removal, that defendants JP Morgan Chase Bank, National Association's ("JP Morgan") and Chase Home Finance, LLC ("Chase") were citizens of states other than California.[1]  Plaintiffs have not filed a reply.

Having read and considered the papers filed in connection with WCS's Response, the Court finds WCS has sufficiently demonstrated that JP Morgan and Chase are citizens of states other than California, and, accordingly, the order to show cause is hereby DISCHARGED.

**IT IS SO ORDERED.**

Dated: January 19, 2011

                                              MAXINE M. CHESNEY
                                              United States District Judge

---

[1] In its notice of removal, in which it alleges the parties are diverse, WCS asserts that each plaintiff is a citizen of California.