IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE MENDENHALL and JOHN MENDENHALL III, <br><br>                Plaintiffs, <br><br> vs. <br><br> JP MORGAN CHASE BANK, NATIONAL ASSOCIATION; CHASE HOME FINANCE, LLC; WCS LENDING, INC.; TAL SHPRITZMAN; CARLOS CEPEDA; and DOES 1-20, inclusive, <br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CASE NO. 3:10-cv-05302-MMC <br><br> **ORDER REGARDING RESCHEDULING OF CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY ORDERED that, pursuant to Rule 16(b), Federal Rules of Civil Procedure, and Civil L.R. 16-2, a Case Management Conference in the above entitled case will be rescheduled from Friday, April 8, 2011 until Friday, ~~April 29~~ June 3, 2011 in accordance with the stipulation of the parties.

Plaintiff(s) shall serve copies of this Order and the Court's Standing Orders at once on all parties to this action, and on any parties subsequently joined, in accordance with the provisions of Fed.R.Civ.P. 4 and 5. Following service, plaintiff(s) shall file a certificate of service with the Clerk of this Court.

Counsel are directed to confer in advance of the Case Management Conference with respect to all of the agenda items listed in the *Standing Order for All Judges of the Northern District of California/Contents of Joint Case Management Statement.* Not less than seven days before the conference, counsel shall file a joint case management statement addressing each agenda item. Failure to file a joint statement shall be accompanied by a signed declaration setting forth the grounds for such failure.

Each party shall be represented at the Case Management Conference by counsel prepared to address all of the matters referred to in this Order, and with authority to enter stipulations and make admissions pursuant to this Order.

Failure to comply with this Order or the Local Rules of this Court may result in sanctions. See Fed.R.Civ.P. 16(f); Civil L.R. 1-4.

IT IS SO ORDERED.

Dated:  April 5, 2011

_____
MAXINE M. CHESNEY
United States District Judge