IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELAINE MENDENHALL and JOHN MENDENHALL, III,

    Plaintiffs,

  v.

JP MORGAN CHASE BANK, et al.,

    Defendants.

No. 10-5302 MMC

**ORDER DIRECTING PLAINTIFFS TO SHOW CAUSE WHY CLAIMS AGAINST DEFENDANT SHPRITZMAN SHOULD NOT BE DISMISSED**

"If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). Where, as here, the complaint is removed from state court, the 120-day period runs from the date of removal. See 28 U.S.C. § 1448; Fed. R. Civ. P. 81(c)(1).

On November 22, 2010, the instant action was removed. More than 120 days have passed from the date of the removal and, to date, plaintiffs have not filed proof of service of the summons and the First Amended Complaint upon defendant Tal Shpritzman. Pursuant to Rule 4(m), plaintiffs are hereby ORDERED TO SHOW CAUSE, in writing and no later than May 13, 2011, why plaintiffs' claims against Tal Shpritzman should not be dismissed for failure to serve within the time required by Rule 4(m).

**IT IS SO ORDERED.**

Dated: April 26, 2011

MAXINE M. CHESNEY
United States District Judge