IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE MENDENHALL and JOHN MENDENHALL, III,<br><br>    Plaintiffs,<br>  v.<br><br>JP MORGAN CHASE BANK, et al.,<br><br>    Defendants / | No. C 10-5302 MMC<br><br>**ORDER DISMISSING CLAIMS AGAINST DEFENDANT TAL SHPRITZMAN** |

By order filed April 26, 2011, the Court ordered plaintiffs to show cause, in writing and no later than May 13, 2011, why their claims against defendant Tal Shpritzman should not be dismissed for failure to serve said defendant within the time required by Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiffs have not filed a response to the Court's order within the time specified therein.

Accordingly, plaintiffs' claims against Tal Shpritzman are hereby DISMISSED without prejudice. See Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

Dated: May 18, 2011

                                          MAXINE M. CHESNEY
                                          United States District Judge