**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   ELAINE MENDENHALL and JOHN                    No. C-10-5302 MMC
     MENDENHALL, III,
12                                                 **ORDER DISMISSING ACTION**

13                Plaintiffs,

14      v.

15   JP MORGAN CHASE BANK, et al.,

16
                  Defendants.
17   _____/

18

19

20          By order filed April 25, 2011, the Court granted defendant WCS Lending, LLC's

21   ("WCS") motion to dismiss plaintiff's First Amended Complaint ("FAC") and granted

22   defendants JPMorgan Chase Bank, N.A. ("JPMorgan") and Chase Home Finance LLC's

23   ("Chase") motion to dismiss the FAC.  In so doing, the Court afforded plaintiffs leave to

24   amend their claims against WCS, JPMorgan, and Chase, and directed plaintiffs to file any

25   Second Amended Complaint no later than May 13, 2011.  Plaintiffs did not file a Second

26   Amended Complaint within the time specified.

27   //

28   //

1         Accordingly, plaintiffs' having failed to amend their claims against the remaining

2   defendants,[1] the above-titled action is hereby DISMISSED.

3         The Clerk shall close the file and vacate all scheduled dates.

4         **IT IS SO ORDERED.**

6   Dated:  May 18, 2011

                                             MAXINE M. CHESNEY
                                           United States District Judge

---

[1] By separate order filed concurrently herewith, plaintiffs' claims against unserved defendant Tal Shpritzman have been dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.