IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELAINE MENDENHALL and JOHN MENDENHALL, III,

        Plaintiffs,

v.

JP MORGAN CHASE BANK, et al.,

        Defendants.

No. CV-10-5302 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED.

Dated: May 19, 2011

        Richard W. Wieking, Clerk

        *Tracy Lucero*

        By: Tracy Lucero
        Deputy Clerk