1  TAD A. DEVLIN  (SBN: 190355)
   tdevlin@gordonrees.com
2  JOSHUA D. WATTS  (SBN: 240977)
   jwatts@gordonrees.com
3  GORDON & REES LLP
   275 Battery Street, Suite 2000
4  San Francisco, CA  94111
   Telephone:  (415) 986-5900
5  Facsimile:  (415) 986-8054

6  Attorneys for Defendant
   WCS LENDING, LLC
7
   TYLER HOLLINGSWORTH (SBN 236459)
8  HOLLINGSWORTH LAW OFFICES
   605 MARKET STREET, STE. 1200
9  SAN FRANCISCO, CA  94105
   Telephone: (415) 618-0782
10 Facsimile:  (415) 618-0784

11 Attorneys for Plaintiffs
   ELAINE MENDENHALL and JOHN MENDENHALL
12

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE MENDENHALL and JOHN MENDENHALL III,  Plaintiffs,  vs.  JP MORGAN CHASE BANK, NATIONAL ASSOCIATION; CHASE HOME FINANCE, LLC; WCS LENDING LLC; TAL SHPRITZMAN; and DOES 1-20, inclusive,  Defendants. | CASE NO.  3:10-CV-05302-MMC<br><br>(Alameda Sup. Ct. Case No. HG10548034)<br><br>**STIPULATION REGARDING WCS LENDING, LLC'S MOTION FOR FEES AND COSTS** AND ORDER THEREON<br><br>Alameda Superior Court Complaint filed: 10/8/2010<br><br>Notice of Removal filed: 11/22/2010<br><br>First Amended Complaint filed: 3/1/11<br><br>First Amended Complaint dismissed with leave to amend:  4/25/11<br><br>Action Dismissed: 5/18/11<br><br>Judgment Entered Against Plaintiffs: 5/19/11 |

STIPULATION REGARDING WCS LENDING, LLC'S MOTION FOR FEES AND COSTS
CASE NO. C-10-5302 MMC

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1    Plaintiffs ELAINE MENDENHALL and JOHN MENDENHALL III ("Plaintiffs") and
2 Defendant WCS Lending, LLC ("WCS") by and through their counsel, hereby stipulate as
3 follows:
4    WHEREFORE, on April 25, 2011, the Court granted WCS's motion to dismiss Plaintiffs'
5 First Amended Complaint ("FAC"), granted defendants JP Morgan Chase Bank, N.A. and Chase
6 Home Finance LLC's motion to dismiss the FAC, and provided Plaintiffs an opportunity to file a
7 Second Amended Complaint by May 13, 2011; and
8    WHEREFORE, Plaintiffs did not file a Second Amended Complaint in the time allotted
9 by the Court and on May 18, 2011, the Court dismissed the action; and
10    WHEREFORE, on May 19, 2011, final judgment was entered in the action; and
11    WHEREFORE, any motion for fees and costs must be filed by WCS, the prevailing
12 party, by June 2, 2011 pursuant to Rule 54-1 and 54-5 of the Civil Local Rules of the United
13 States District Court, Northern District of California; and
14    WHEREFORE, between May 26, 2011 and June 1, 2011, Plaintiffs and WCS, through
15 their counsel, met and conferred regarding WCS's attorney's fees and costs incurred in
16 connection with this action; and
17    WHEREFORE, during the meet and confer process, Plaintiffs and their counsel of
18 record, Tyler Hollingsworth, reached an agreed upon amount to satisfy WCS's fees and costs in
19 connection with this action, and WCS agreed to not file a motion for fees and costs pending
20 receipt of the agreed upon amount; and
21    WHEREFORE, the agreed upon amount for WCS's attorney's fees and costs is a figure
22 reached through compromise and agreement of the parties and does not represent the total
23 amount of attorney's fees and costs incurred by WCS with respect to this litigation and that
24 which WCS could seek by motion for attorney's fees and costs; and
25    WHEREFORE, the parties enter into this Stipulation in order to protect WCS's rights
26 with respect to bringing a motion for fees and costs should Plaintiffs and their counsel of record
27 not pay the agreed amount to satisfy such obligations; and
28

1   WHEREFORE, the parties hereby agree and stipulate that should Plaintiffs and their
2   counsel not pay the agreed upon amount, WCS can file a motion for fees and costs after June 2,
3   2011 and the time to file any such motion for attorney's fees and costs shall be extended until
4   July 6, 2011.

5   WHEREFORE, by this stipulation, the parties respectfully request an order from this
6   Court approving the stipulation and extending WCS's time to file any motion for attorney's fees
7   and costs, if necessary.

8   IT IS SO STIPULATED.

Dated:  June 1, 2011                    GORDON & REES LLP

                                        By:    /s/ Tad A. Devlin
                                               TAD DEVLIN
                                               JOSHUA D. WATTS
                                               Attorneys for Defendant
                                               WCS LENDING, LLC

Dated:  June 1, 2011                    HOLLINGSWORTH LAW OFFICES

                                        By:    /s/Tyler Hollingsworth
                                               TYLER HOLLINGSWORTH
                                               Attorneys for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  June 2, 2011                    _____
                                        The Honorable Maxine M. Chesney
                                        United States District Court Judge

ACEW/1066684/9874873v.1

-2-
STIPULATION REGARDING WCS LENDING, LLC'S MOTION FOR FEES AND COSTS
CASE NO. C-10-5302 MMC

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111